**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| YOLANDA E. QUIHUIS and ROBERT QUIHUIS, a married couple,<br>*Plaintiffs-Appellants*,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation,<br>*Defendant-Appellee*. | No. 11-18067<br><br>D.C. No.<br>4:10-cv-00376-RCC<br><br>ORDER AMENDING ORDER CERTIFYING QUESTION TO THE ARIZONA SUPREME COURT |

Filed May 6, 2014

Before: Richard C. Tallman and Sandra S. Ikuta, Circuit Judges, and Andrew P. Gordon, District Judge.[*]

Order

---

[*] The Honorable Andrew P. Gordon, District Judge for the U.S. District Court for the District of Nevada, sitting by designation.

**ORDER**

The certification order filed on April 4, 2014, is amended as follows:

1. At page 7, lines 15–17, delete <<while the Coxes were best served to admit ownership in order to obtain an agreement from the Bojorquezes not to execute a judgment against them>> and insert <<while the Coxes were best served to admit ownership in order to obtain an agreement from the Quihuises not to execute a judgment against them>>.

2. At page 8, lines 5–7, delete <<More specifically, the issue is whether the stipulation (and the subsequent default judgment) between the Coxes and the Bojorquezes that the Coxes owned the Jeep>> and insert <<More specifically, the issue is whether the stipulation (and the subsequent default judgment) between the Coxes and the Quihuises that the Coxes owned the Jeep>>.